**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (SBN: 328243)
pamela@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Garo Daldalian

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARO DALDALIAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC., CONOPCO, INC. d/b/a UNILEVER, and PEPSI LIPTON PARTNERSHIP d/b/a PURE LEAF TEA,<br><br>Defendants. | **Case No.:** 2:25-cv-01491-WLH-E<br><br>**JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

- 1 -
**JOINT STIPULATION TO DISMISS ACTION PURSUANT TO**
**FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff GARO DALDALIAN ("Plaintiff") and Defendants PEPSICO, INC., CONOPCO, INC. d/b/a UNILEVER, and PEPSI LIPTON PARTNERSHIP d/b/a PURE LEAF TEA ("Defendants") (together, the "Parties"), through their respective counsel of record, jointly stipulate and request dismissal of Plaintiff's individual claims against Defendants *with prejudice* and dismissal of the putative class members' claims *without prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties further agree to bear their own respective fees and costs.

Dated: September 25, 2025          **KAZEROUNI LAW GROUP, APC**

By: *s/ Pamela Prescott, Esq.*
   Abbas Kazerounian, Esq.
   Pamela Prescott, Esq.
   *Attorneys for Plaintiff*

**PERKINS COIE**

Dated:  September 25, 2025

By: */s/ Jasmine Wetherell, Esq.*
   Jasmine Wetherell, Esq.
   *Attorneys for Defendants*

### SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that the content of this document is acceptable to all parties who are required to sign this stipulation.  All counsel have authorized me to affix their signatures to this document.

By: */s/ Pamela E. Prescott, Esq.*
   Pamela E. Prescott, Esq.